IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HEATHER NEEDHAM,<br>        *Plaintiff*,<br><br>      v.<br><br>COVANTA ENERGY, LLC, DELAWARE VALLEY RESOURCE RECOVERY FACILITY, and COVANTA PROJECTS, LLC,<br>        *Defendants*. | :<br>:<br>:<br>:  CIVIL NO. 22-3392<br>:<br>:<br>:<br>:<br>:<br>: |

## AMENDED SCHEDULING ORDER

**AND NOW,** this **3rd** day of **April, 2023**, upon consideration of the parties' Joint Motion to Extend the Litigation Deadlines (ECF No. 19), it is hereby **ORDERED** that the motion is **GRANTED**.

It is **FURTHER ORDERED** that the Honorable Joshua D. Wolson's Scheduling Order (ECF No. 14) is **AMENDED** as follows:

1. All fact discovery shall be completed by **May 15, 2023**.

2. Motions for summary judgment, or any other dispositive motions, shall be filed by **June 5, 2023**. Responses to any motions for summary judgment shall be filed by **June 26, 2023**. Reply briefs in support of summary judgment shall be filed by **July 7, 2023**. Responses to other dispositive motions are due by **June 19, 2023**. All motions must conform with Judge Scott's Policies and Procedures.

3. The final pre-trial conference shall be held in Chambers on **Thursday, September 21, 2023, at 11:00 a.m.** Parties must submit pretrial memoranda (including proposed voir dire questions, proposed jury instructions, and verdict forms) and any complex motions in limine **by**

**September 14, 2023**. Pretrial memoranda and motions in limine must comply with Local Rule of Civil Procedure 16.1(c) and Judge Scott's Policies and Procedures.

4. **This case will enter the trial pool on Tuesday, October 3, 2023**.

BY THE COURT:

_____
HON. KAI N. SCOTT
United States District Court Judge
