IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HEATHER NEEDHAM, *Plaintiff*, | : : : |
| v. | : CIVIL NO. 22-3392 |
| COVANTA ENERGY, LLC, DELAWARE VALLEY RESOURCE RECOVERY FACILITY, and COVANTA PROJECTS, LLC, *Defendants*. | : : : : : : |

## ORDER

AND NOW, this **17th** day of **December 2024**, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 31), Plaintiff's Response in Opposition to Defendants' Motion for Summary Judgment (ECF No. 33), and Defendants' Reply to Plaintiff's Response (ECF No. 42), it is hereby **ORDERED** that Defendants' Motion for Summary Judgment is **GRANTED in part** and **DENIED in part** as follows:

1. Defendants' Motion for Summary Judgment with respect to Plaintiff's Civil Rights Act Title VII ("Title VII") and Pennsylvania Human Relations Act ("PHRA") gender discrimination claims is **GRANTED**.

2. Defendants' Motion for Summary Judgment with respect to Plaintiff's Title VII and PHRA hostile work environment claims is **GRANTED**.

3. Defendants' Motion for Summary Judgment with respect to Plaintiff's Title VII and PHRA retaliation claims is **DENIED**.

1

BY THE COURT:

_____
HON. KAI N. SCOTT
United States District Court Judge